## Sparks' Estate.

Argued November 30, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Andrew Hourigan,* with him *Maurice S. Cantor,* for appellant.

*Wm. W. Hall,* with him *E. F. McGovern,* for appellee.

PER CURIAM, January 3, 1938:

We are not convinced that the results reached by the Superior Court (127 Pa. Super. Ct. 364) in this proceeding are unwarranted. .

Decree affirmed at appellant's cost.